Kelly, C.J.
(dissenting). I believe that the Court should remand this case to the Court of Appeals for consideration as on leave granted, pursuant to MCR 7.302(G)(1). I see no reason why plaintiffs appeal should not be heard on its merits. Plaintiff submitted a copy of the circuit court order as requested by the Court of Appeals. He paid the partial fee that the Court of Appeals required for proceeding with the claim. The Court of Appeals advised the Department of Corrections to remit the balance of the fee that plaintiff owed. Hence, all fees have been paid. Also, plaintiff did everything possible to timely file his claim, including submitting it to the prison mail system three days before it had to be filed with the Court of Appeals.
Hathaway, J. I join the statement of Chief Justice Kelly.